| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHI SOO KIM<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Defendant Heather Wilson,<br>Secretary of the United States Air Force |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. DUBSKY,<br><br>                Plaintiff,<br><br>     v.<br><br>HEATHER WILSON, SECRETARY OF THE UNITED STATES AIR FORCE,<br><br>                Defendant. | Case No. 2:17-CV-02116 JAM-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO THE COMPLAINT** |

      Defendant Heather Wilson, Secretary of the United States Air Force, and Plaintiff Robert A. Dubsky stipulate to and respectfully request extending the time period for Defendant's response to the Complaint from July 13, 2018 to September 11, 2018. Good cause is established due to the Air Force's backlog in compiling administrative records.

/ / /

/ / /

/ / /

/ / /

/ / /

*Dubsky v. Wilson*, No. 2:17-cv-02116 JAM-AC                                                                        1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO THE COMPLAINT

| | |
|---|---|
| DATED: July 9, 2018 | Respectfully submitted,<br><br>McGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Chi Soo Kim*<br><br>CHI SOO KIM<br>Assistant United States Attorney<br><br>Attorneys for Defendant Heather Wilson,<br>Secretary of the United States Air Force |
| DATED: July 9, 2018 | */s/ Robert A. Dubsky*<br><br>ROBERT A. DUBSKY<br><br>Plaintiff |

## [~~PROPOSED~~] ORDER

It is so ordered.

DATE: July 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*Dubsky v. Wilson*, No. 2:17-cv-02116 JAM-AC    2
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO THE COMPLAINT