McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
Heather Wilson, Secretary of the United States Air Force

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. DUBSKY,<br><br>                Plaintiff,<br><br>     v.<br><br>HEATHER WILSON, SECRETARY OF THE UNITED STATES AIR FORCE,<br><br>                Defendant. | CASE NO. 2:17-cv-02116 JAM-AC PS<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND [~~PROPOSED~~] ORDER** |

NOTICE IS HEREBY GIVEN that Heather Wilson was sworn in as the Secretary of the United States Air Force on May 16, 2017, and pursuant to Fed. R. Civ. P. 26 (d)(1), Heather Wilson is substituted as defendant for Deborah Lee James, and all further proceedings in this action "shall be in the name of the substituted party."

                                                          Respectfully submitted,

DATED: August 30, 2018                 McGREGOR W. SCOTT
                                                          United States Attorney

                                                          */s/ Chi Soo Kim*
                                                          CHI SOO KIM
                                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Date: August 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE