McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant Heather Wilson,
Secretary of the United States Air Force

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. DUBSKY,<br><br>                  Plaintiff,<br><br>    v.<br><br>HEATHER WILSON, SECRETARY OF THE UNITED STATES AIR FORCE,<br><br>                  Defendant. | Case No. 2:17-CV-02116 JAM-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY VACATE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Robert A. Dubsky and Defendant Heather Wilson, Secretary of the United States Air Force, stipulate to and respectfully request that the current deadlines for Plaintiff's opposition and Defendant's reply, and that the October 31, 2018 hearing date for Defendant's motion to dismiss the Complaint [ECF No. 16] be temporarily vacated. Plaintiff resides in Florida and has had to evacuate due to the recent hurricane. The parties will notify the Court when Plaintiff is able to respond to Defendant's motion and will propose a briefing schedule and hearing date at that time.

///

///

Respectfully submitted,

DATED: October 12, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney

Attorneys for Defendant Heather Wilson,
Secretary of the United States Air Force

DATED: October 12, 2018

*/s/ Robert A. Dubsky* *(authorized 10/12/2018)*

ROBERT A. DUBSKY

Plaintiff

# [~~PROPOSED~~] ORDER

It is so ordered.

DATE: October 15, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE