McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant Heather Wilson,
Secretary of the United States Air Force

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. DUBSKY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HEATHER WILSON, SECRETARY OF THE UNITED STATES AIR FORCE,<br><br>　　　　　　　　Defendant. | Case No. 2:17-CV-02116 JAM-AC<br><br>**DEFENDANT'S STATUS REPORT AND [PROPOSED] ORDER REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |

　　　　Pursuant to the Court's December 11, 2018 Minute Order [ECF No. 20], Defendant Heather Wilson, Secretary of the United States Air Force, provides a status update and proposed schedule for Defendant's motion to dismiss the Complaint [ECF No. 16]. Defendant respectfully requests that the following schedule be set for her motion to dismiss the Complaint:

- Plaintiff's Opposition – due on or before February 22, 2019
- Defendant's Reply – due on or before March 8, 2019
- Hearing – March 20, 2019 with Plaintiff's appearance by telephone permitted.

Defense counsel has provided the above proposed schedule to Plaintiff Robert A. Dubsky, but Plaintiff

*Dubsky v. Wilson*, No. 2:17-cv-02116 JAM-AC　　　　　　　　　　　　　　　　　　　　　　　　　　　　1
DEFENDANT'S STATUS REPORT AND [PROPOSED] ORDER REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS

has not responded to defense counsel's requests for an update regarding his availability or whether he plans to oppose Defendant's motion to dismiss the Complaint.

DATED: October 12, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney

Attorneys for Defendant Heather Wilson,
Secretary of the United States Air Force

**[PROPOSED] ORDER**

It is so ordered.

DATE: January 2, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*Dubsky v. Wilson*, No. 2:17-cv-02116 JAM-AC  2
DEFENDANT'S STATUS REPORT AND [PROPOSED] ORDER REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS