UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. DUBSKY,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER WILSON,<br><br>Defendant. | No. 2:17-cv-02116 JAM AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On September 11, 2018, defendant filed a motion to dismiss. ECF No. 16. The parties agreed to a briefing schedule in which the motion would be heard on March 20, 2019, and plaintiff's opposition would be due on or before February 22, 2019. Plaintiff has not responded to the motion.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

inherent power of the Court." In this case, the parties agreed to an extended briefing schedule, which the court ordered them to follow.

Because plaintiff failed to comply with the agreed briefing schedule, the court will maintain the hearing date but put the parties on the typical briefing schedule. This is plaintiff's second and final opportunity to oppose the motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of March 20, 2019, at 10:00 a.m. in Courtroom No. 26 is CONFIRMED;
2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than March 6, 2019. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b);
3. Defendant's reply is due no later than March 13, 2019.

DATED: February 28, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE